**KAUFMAN DOLOWICH, LLP**
Marcus Dong (SBN 251723)
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile:  (415) 358-4809
Email: mdong@kaufmandolowich.com

Attorneys for Defendant
MICHAEL YOUNG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lee A Stricklin, Deceased an Alivia J. Stricklin, GUARDIAN TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, ON *BEHALF*, OF DECEASED J.H. GLAZER, OFFICIAL COUNSEL USN C.J. SCHAEF FTCA COUNSEL, STATE OF CALIFORNIA AG MARGURITE STRICKLIN, COUNSEL APPT. TRUSTEE, MR. MICHAEL YOUNGE, PROBATE SPECIALIST,<br><br>Defendants. | Case No. 3:23-cv-04870-MMC<br><br>**DEFENDANT MICHAEL YOUNG'S NOTICE RE:  PLAINTIFF'S FAILURE TO OPPOSE MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Date:  January 12, 2024<br>Time:  9:00 a.m.<br>Location:  450 Golden Gate Avenue San Francisco, California 94102<br>Courtroom:  7 – 19th Floor |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Defendant Michael Young filed his motion for dismiss for failure to state a claim on November 20, 2023. *See* ECF No. 9. Plaintiff's Opposition was due no later than December 4, 2023. *See* Civil L.R. 7-3(a).

To date, Plaintiff has not filed an opposition, which is tantamount to consent to the granting of the motion. *See, e.g., Brydges v. Lewis*, 18 F.3d 651, 652-653 (9th Cir. 1994) (where Ninth Circuit affirmed granting of defendants' motion for summary judgment when plaintiff did not oppose motion); *Esparza v. Fed. Deposit Ins. Corp.* 2010 WL 5102874 at *1-2 (December 8, 2010 N.D. Cal.) (where court granted motion to dismiss because plaintiff did not oppose motion; did not file statement of non-opposition; and court's standing order warned failure to oppose motion constituted consent to granting of motion).

Based on the foregoing, Mr. Young respectfully requests the Court to grant his motion to dismiss for failure to state a claim in its entirety, without leave to amend.

Dated: December 11, 2023					KAUFMAN DOLOWICH, LLP

						*/s/ Marcus Dong*
						Marcus Dong
						Attorneys for Defendant
						MICHAEL YOUNG