1    ISMAIL J. RAMSEY (CABN 189820)
     United States Attorney
2
     MICHELLE LO (NYRN 4325163)
3    Chief, Civil Division

4    ADRIENNE ZACK (CABN 291629)
     Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7031
7        FAX: (415) 436-6748
         adrienne.zack@usdoj.gov
8
     Attorneys for Federal Defendants
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14   Lee A Stricklin, Deceased, and Alivia J.      )   CASE NO. 3:23-cv-04870-MMC
     Stricklin, GUARDIAN TRUSTEE,                  )
15                                                 )
            Plaintiff,                             )   FEDERAL DEFENDANTS' REPLY IN SUPPORT
16                                                 )   OF MOTION TO DISMISS COMPLAINT
        v.                                         )
17                                                 )   Date: January 12, 2024
     United States of America, et al.,             )   Time: 9:00 a.m.
18                                                 )   Location: Courtroom 7, 19th Floor
            Defendants.                            )
19   _____       )   Hon. Maxine M. Chesney
                                                   )

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to Federal Defendant's Motion to

2 Dismiss the Complaint was due December 18, 2023.  *See* ECF No. 10 (filed December 4, 2023).

3 Plaintiffs did not file any opposition.

4    The Court may grant a motion to dismiss because Plaintiffs failed to comply with the Court's

5 rules regarding filing an opposition to a motion.  *See Justo v. Charter Capital Corp*., No. C 11-00670

6 EJD, 2011 WL 2559811, at *2 (N.D. Cal. June 28, 2011) (granting a motion to dismiss for failure to file

7 an opposition with leave to amend); *see also Pagtalunan v. Galaza*, 291 F.3d 639, 643 (9th Cir. 2002)

8 (setting forth the factors to consider prior to granting a motion to dismiss an action in its entirety).

9 Because Plaintiffs have not opposed Federal Defendants' motion to dismiss and because Federal

10 Defendants' motion is sufficient to show that the complaint should be dismissed, the Court should grant

11 the motion to dismiss.

12

13 DATED: December 26, 2023      Respectfully submitted,

14               ISMAIL J. RAMSEY
               United States Attorney
15

16               */s/ Adrienne Zack*
               ADRIENNE ZACK
17               Assistant United States Attorney

18               Attorneys for Federal Defendants

19

20

21

22

23

24

25

26

27

28

FED. DEFS. REPLY ISO MTD COMPL.
3:23-cv-04870-MMC     1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she will cause a copy of the following:

## FEDERAL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT

to be served on **December 26, 2023**, by serving a true copy thereof as follows:

**[X] FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.**
[] CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
[] Personal Service
[] FedEx-Priority Overnight
[] EMAIL -Pursuant to written agreement of the parties
[] COURTESY EMAIL
[] FACSIMILE (FAX)

to the party addressed as follows:

| | |
|---|---|
| Alivia J. Stricklin<br>P.O. Box 1495<br>Monterey, California  93942 | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this December 26, 2023, at San Francisco, California

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney