Alivia J. Stricklin, Pro per
P. O. Box 1495
Monterey, CA 93942
831-220-5720
email: jason21jeneen5194@yahoo.com

FILED

MAR 28 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALIVIA J. STRICKLIN,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, C.J. SCHAEF, USN. DOJ, MICHAEL YOUNG COMPANY (SF0, M. STRICKLIN DOJ.

Case No.: 23-cv-04870-MMC

CHIEF JUSTICE SAN FRANCISCO NOTICE OF MOTION AND MOTIN FOR DISQUALIFICATION OF SUBJECT JUSTICE  28 U.S.C. STATUTE 455

**Chief Justice Only**
<u>Order Reassigning Case Judge M. M. Cheney</u>

    Thank you in advance Chief Justice for your review nevertheless, I will briefly make points to support for "*Reassigning Case No. – 23-cv-04870 – MMC.*

    Regulation *28 U.S.C. Statute 455* is reasonably asserting bias and prejudice Judge Problems.  The Honorable Cheney who is welcome her own style is not balancing in this matter.  In *Moral turpitude* government defendant

practitioners as defendants the Court *unfortunately impressed conflict commitment to outside influences (outside business relations Young Company Defendant(s) et. Al.).* The federal, State and small business defendants' don't need a Judges assistance.

T*wo separate footnotes* [appeared to Mr. Michael Young Company defendant also the conspirator and her dissatisfaction with some legal concern the Judge never addressed. The footnotes a critical waste of time.  In. *Reid v. Google, Inc. (2010) 50 Cal 4th 512, the Supreme Court*. Said abusive evidentiary objections represent a "disturbing trend," warranting "formal reprimands to *target* "Plaintiff *for bringing suit."*

The footnotes a blunderbuss, (mystification confusion "*ethical consideration OF subject,*" 580 Folsom Associates v. Prometheus Development Co. (1990) 223 Cal.App.3d 1, [272 Cal.Rptr.227]*, which criticized a party's assemblage of information having little or no bearing on the issues raised.  The abuse of discretion is obvious  set aside significant proper handling.  My experience with *Judge Illston same trend…* (Who boldly utilized the Oakland Administrative Assistant pool to prepare and serve Notice/Motion Replies of Support to aggravate petitioner?).  The Honorable M. M. Cheney,

Dated this Day of  20,  March, 2024

_____
Alivia J. Stricklin, Pro Per

Attached: