Alivia J. Stricklin, Pro Per
P. O. Box 1495
Monterey, CA 93942
831-901-1623

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Alivia J. Stricklin<br><br>Plaintiff(s),<br><br>vs.<br><br>United States Defendants and Michael Young Co.<br>Defendant(s). | Case Number: **23-cv-04870-MMC**<br><br>**PLAINTIFF'S JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**<br><br>**RECEIVED**<br><br>MAR 28 2024<br><br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

The parties to the above-entitled action jointly submit this JOINT CASE

MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All

Judges of the Northern District of California and Civil Local Rule 16-9.

1.    Jurisdiction & Service

*The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding persona jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.*

**Jurisdiction, Standing and Service:**

The U.S. Congress passed section 1983 to allow people to sue in federal court when a state or local official violates their federal rights. Additionally, Plaintiff further demonstrates [below] basis for Federal Subject Matter Jurisdiction with the below sufficient facts.  Article III's Case or Controversy Requirement of the Constitution has been met and all multiple years [including 2017 USN documentation remains grounds for sufficient interest in this property taking matter and dispute].

Page **1** of **10**

*Form updated January 17, 2023*

## 2.    Facts

A brief chronology of the facts and a statement of the principal factual issues in dispute. FTCA military [original defendant official Schaef, USN] unfortunately in determination to succeed produced problems. Silent "work- function inclusive racial biased" disparaged 42 *U.S.C. 1983*. What is disconnected, agency law judges require a certain consumers involvement. My experience has been absolute Due Process/civil denial.  This group of people premeditated and decided permanently [this claim as been dormant in excess of twenty [20] years administrative civil *complete rejection* of claims process.  The disrespect and examples put forth -- *I wouldn't wish on anyone (not only women but all individuals experience problems with this strategy)*.  U.S. House of Representative designed a plan for the U.S. Federal Tort Claims Act, where the investigative process is evaluated, and honestly authenticated not fraudulent liability defamation "pre-structured" liability. *Investigations wraparound* the truth comes back home motives for cold cases.

The "desktop defaming 42 U.S.C. 1983 harassment assault carried out shockingly a number of years.  The agency was aware of the "blackmail."  For multiple years "skip-tracing Pacific Bell-Ameritech *"pulling of Stricklin family and all financial reports against minority family members. The deceased official used USNR program (fraternize w/3rd party females as connect]... personally described as debased [envious of females] multiple personality (2/3 females... PTSD. Exhibited signs of same sex spousal abuse. Seem to be absorbed with income property money. The East Coast agency "executive preference" formula mental malpractice, debased "gender-racial" unfit and doesn't fit/exist as balanced preference agency administration.*

*The Black judicial practitioners were used. "They were ask to aid/abet a stupid taking.  State of California second defendant.  No one was attempting to take the executive for granted. Claimant during 1985 summons him to Renee C. Davis Superior Court, Alameda County.  I was sorry for the Judge.*

## 3.    Legal Issues

*A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.*

ORDER granting Defendants' Motions to Dismiss; Vacating Hearing, Striking Opposition; Affording Plaintiff Leave to Amend; Denying Plaintiff's Motion for Summary Judgment; Continuing Case Management Conference.

Honorable Justice Cheney: Abuse of Discretion, See LeBouef her actions were unreasonable and other judges would have ruled differently.  An appellate court review of a trial courts evidentiary rulings are about abuse of discretion.  (People v. Her (2013) 216 Cal.App.45th 977, 981). LeBouef's opening brief pays lip service to this standard of review.  An abuse of discretion

*Form updated January 17, 2023*

occurs, when, after calm and careful reflection upon the entire matter, it can fairly be said that no judge would reasonably make the same order under the same circumstances." (In re Mirage of sinks ((1988) 204 Ca.App.3d 586, 591, citation omitted, emphasis added.).

<u>Abuse of Discretion</u>.  And the disregard of government actors "acting under the color of the Department of Justice with the USN recognized conspirator "passing off USN, USNR [See *Walt Disney Prods. V. Air Pirates, 581 F. 2d 751, 760 (9th Cir. 1978*.  California law reveals a consistently enforced requirement that a plaintiff charging unfair competition prove a likelihood of confusion by purchasers as to source."  Today's problem is (part of past victim-USNR trickery, fraud and) property confiscation where deceased real estate taken plus financial abuse.

<div align="center">Northern District Court Summary</div>

Possibly does not realize legal malpractice.   All Defendants & government entities premeditated - Unconstitutional conditions, undue influence "probate interference" by single only responding Defendant who with trust for carve liability financially to disadvantage.

Took part in real estate taking, *false valuation and false market analysis* PICS as evidence. Status of ownership, trust administration (trust administration and probate was all fraud).  This placed a senior debt.  Courts are biased when it comes to the federal government, and blatantly this situation does not read like the claim was presented..  Additionally, government was allowed automatic immunity/absolute immunity.  San Francisco Realtor – Probate Specialist represented by his law firm responded in writing with opposition and the District Court upheld dismissal.

Petitioner Motioned for Rule 56 Summary
<u>The Key Standard Favors the Plaintiff</u>

As a final straw questions by Court not asked.  Rehabilitate of facts not discussed. Evidence and discovery not even back burner."  The movant can provide Defendant declarations written.  The Court was not interested.  Plaintiff went for Summary to addresses material facts, and drifted towards the immunity issue.  Code of Civil Procedures section 437c (b) (1), and the complaint has facts and material.  *Res Ipsa Loquitur* went to sleep long ago no rebut available…claimant didn't make up anything."

 The discovery is complete – Plaintiff has copies of each Defendants professional work and reasonable diligence was not exercised according to Rule 11.  But point being evidence was never omitted where this appeal positively outweighs. Evidence is based on personal knowledge admissible evidence *(Code Civ. Proc., Statute 437c (d); L&B Real Estate v. Sup. Ct. (Schwab) (1998) 67 Cal.App.4th 1342, 1348 [79 Cal.Rptr.2d 759].*

Alameda County Probate matter P-250726 nothing needs to be tackled, set aside … but what happened is the product for "today's claim "professional standard of care" without doubts or ambiguities.  I would make a difference because we are dealing with Defendant fraud.

<div align="center">Page **3** of **10**</div>

Evidence admissibility requirement overlooked. The original "Void Attack via use of a senior healthcare matters simply an act to boomerang Superior Court matter of P-250726 and Revocable Trust stands."

The two (2) government defendant at "Default Status and no responses." Jurisdiction." From the District Courts perspective all government state and federal fit unquestionably "qualified/absolute immunity." The lack of any response and the lack of any evidence was never mentioned.

All Defendants and their professional "licensing authority," Professional BAR's and State Real Estate Authorities set standards pertaining to abnormal business schemes and unjust competition with neighborhoods communities and going to war against private residence.

The *Deceptive Unfair Business {passing off clients* (racial defamation of Black women) and creating material false measure of financial interruption against claimants plus Realtors, brokers and Salesperson needs fair review. California Anti-Kickback and Anti Steering Law Violation (CAFRA) for conspiracy, cover-ups, Health-Welfare Senior Financial Abuse.

4.     Motions
*All prior and pending motions, their current status, and any anticipated motions. Two Government Defendants and Default Statuses.*

**16-2. Order Setting Initial Case Management Conference.**
 The Initial Case Management Conference again will attempt to narrow matters. And the actual concerned orders of convenience the Bench *remove any discomfort* re. Government District vs. government. In elimination of issues the main is no response from government judicial defendant. According to *Section 50.15.8* should have been acknowledged. Receive immunity "Absolute Immunity and not qualified to receive general immunity. Defendants "not Responding to Federal Claim is a Default." Additionally: Plaintiff's Opposition to Dismissal. Plaintiff's Motion for Default Government Defendants


5.     Amendment of Pleadings
*The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.*

The Amendment Treatment:

Document one   (1) treated the same the main appeal. Discusses all events, known facts.
Document two   (2) Belongs to agency obvious concerns will be acknowledged.
Document three (3) Survival Wrongful Death Statute of Limitation Bars Action so survival issue is out.
Appeal and Motion for Recuse, Remand and New Judge
Document Opposition to Dismissal, Attached to follow
Document Case Management,

Page 4 of 10

1

2    Additionally what will be included: Appeal to the Ninth District Opposition to Dismissal

3    Appeal to the Ninth District to remand and new Judge based on Abuse of Discretion,

4    emphasize move on settlement or schedule for Court and Jury.

5    6.    Evidence Preservation
     *A brief report certifying that the parties have reviewed the Guidelines Relating to the Discovery of Electronically*
6    *Stored Information ("ESI Guidelines"), and confirming that the parties have met and conferred pursuant to Fed. R.*
     *Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues*
7    *reasonably evident in this action. See ESI Guidelines 2.01 and 2.02, and Checklist for ESI Meet and Confer.*

8    <u>Check Receipt:</u>  State of California and Personal Permanent Possession of $165,331.41

9    Drawn from Old Republic Title Company, Escrow No. 326972 Date Nov. 27, 2001
     Paid to Marguerite C. Stricklin 2508 8th Avenue, Oakland CA  94602 [posted 11/28/2001
10   Bank of American Customer Receipt Deposit I 11/27/01.  Check Receipt:  United States
     Treasury Pay to the Order of Marguerite Stricklin.  $ 1,089.90.  Check Receipt:  United States
11   Treasury Pay to the Order of Marguerite Stricklin            6,272.70

12
     The Deceased Senior Bank of America audit revealed sixty-five (65) written check by the State
13   of California.  The Realtors name is listed on the Old Republic Title.  The State of California
     additionally request a fifty three thousand dollar "self-payment." In addition to taking the above
14   $165,331.41 plus $53,065.35.  All receipts are available.

15

16   7.    Disclosures
     *Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and*
17   *a description of the disclosures made.  For ADA and employment cases, see General Order Nos. 56 and 71.*

18   **While the San Francisco Realtor Is Maintaining**
19   **<u>*No Subject Matter Jurisdiction*</u> Why Am I Here?**

20   Plaintiff has attached the *"Old Republic Title Companies Sellers Receipt."*  Why he used his
     professional "Probate Credentials" apparently the "Payoff was heavy?"  This California
21   agency took a "handicapped seniors home essentially help make him homeless and in
22   pressured me to move him three (3) DIFFERENT EVENTS which didn't help Alzheimer's
     and Parkinson's.
23
24   Claimant/petitioner never met this person.  His face showed-up on Internet when I
     googled Michael Young Company...l for the past 10/15 years movant had planed to
25   "subpoena someone else (Black man the Capt. Was close with)."  The person who was
     originally going to be Subpoenaed and Summons is a second Black man.  However, March
26   2023 Michael Young Company showed.

27

28

*Form updated January 17, 2023*

8.    Discovery

*Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, a brief report on whether the parties have considered entering into a stipulated e-discovery order, a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), and any identified discovery disputes.*

Will be given on appeal.

9.    Class Actions

*If a class action, a proposal for how and when the class will be certified.*

**The Basis of Subject Matter Jurisdiction Might Need
Class Attention**

Level of attention with SF-95 applicants...indigenous, Hispanics" and the attention received from the "Tort Federal Program" is unknown today. Jurisdiction needs judicial review as a "Class Action" the investigative process; attention to follow-up and federal investigative wraparound.  Absent fraud
In this painting (it is a tainting "street image false racial stereotypes development *not believed but is it a fact* under direction of deceased gay DOJ executive, USN Capt. J. H. Glazer).

State of California filed DOJ, second Defendant received "Karen Tele-direct communication to support "federal USN Cpt. Invalid challenge and opportunity against h own minority family.  The defamation was put in place again by FTCA desktop; continued DOJ "collateral objective to disarm by "confiscation a widowed senior [collectively limit ownership to the handicap} It is believed State long ago was pitted and tele-direct interfered with.  Also I personally wouldn't doubt if her  "judicial position was dangled ["*emoji up* or *down disappointment out the door*)].

The United Stated *Tort Claims office Virginia was well aware of Capt. J. H. Glazers* repeated actions of *colluding, coercion and social* attacks against businesses and firms.  Sarcastically his own mind purposed "competition with and against females." "Friendly fire termed debased attacks which cost communities federal worker malpractice standards."

*Passing of* Military Programs with these issues is not exaggeration.  None of this discussion is conclusionary.  Plaintiff has adequately pleaded her claims which appears to be all designed through events, letters, receipts check writing and the sabotage exposition of State of California's bear minimal "appointed trustee involvement" to accept liability on behalf of DOJ to take the residence of 1502 Stuart Street Berkeley, California.

10.    Related Cases

*Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.*

*Form updated January 17, 2023*

See in text and descriptions.  Will provide more.

## 11.   Relief

*All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.*

There is no genuine dispute [cruel and unusual under recruitment].  Plaintiff will never get over this.  Years I simply planned to ignore this situation....but the *home is ones domain and livelihood.*

Modern retirement is laced a number of unfortunate and strange boundaries even open border who never accomplished/"loser situation, rehabilitations... criminal offenders. Straightforward, material facts and declarations read straightforward.  There is no additional information/submission.  Moving forward all documents, housing sellers receipt written checks address no more no less again the Realtor is implying "no written contract."  The government defendants refused to represent their own personal interest regarding what they produced.  Here again standards being abused in all categories.  No one wants to talk and all took part.  This was disrespectful to walk off with his home.  The smartest thing end matter. Lee A. Stricklin Sr. is a man of God.   I myself realize when God speaks everyone listens.

## 12.   Settlement and ADR

*Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including which ADR process option the parties have selected and a proposed deadline, or if the parties do not agree, each party's preferred option and timing, in compliance with ADR L.R. 3-5. In addition, the parties should include a description of key discovery or motions necessary to position the parties to negotiate a resolution.*

*NO*

## 13.   Other References

*Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.*

NO

## 14.   Narrowing of Issues

*Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses. The parties shall jointly identify (in bold or highlight) one to three issues which are the most consequential to the case, and discuss how resolution of these issues may be expedited.*

YES

## 15.   Expedited Trial Procedure

*Whether this is the type of case that can be handled under the Expedited Trial Procedure of General Order 64, Attachment A.  If all parties agree, they shall instead of this Statement, file an executed Agreement for Expedited Trial and a Joint Expedited Case Management Statement, in accordance with General Order No. 64, Attachments B and D.  Preferably settlement.*

Plaintiff is Asking Court with so much time passing to stay the proceedings of the P-250726 deceased Lee A. Stricklin, Probate Matter docket and rendered "Voided" offenses which

Page **7** of **10**

*Form updated January 17, 2023*

bottom line {and noted on this CM Report is settled that [outside federal interference and, conspirators seeking income and fraud enforcement financially involved to "walk off with cash under a "so called Tele-direct authority."

As a Department of Justice Employees, contractors part-time, military transfers and crossovers *from "active duty"* their judicial legal authority was trespass by refusal to each "individual capacity" connect to removal of senior citizen from his home ownership a protected class American members does need to be brought into Court.

   This *claim was dealt a line-up of "stranger's unknown/invitees* - federal agency representative.  Law Judges ignoring due process requirement/Fourteenth Amendment to the US Constitution was seen with *Rochiin v. California (1953)*.  The case cited as having subsequently been used in a particularly subjective manner.

16.    Scheduling
*Proposed dates for completion of initial ADR session, designation of experts, discovery cut-off, hearing of dispositive motions, pretrial conference and trial.*

17.    Trial
*Whether the case will be tried to a jury or to the court and the expected length of the trial.*

18.    Disclosure of Non-party Interested Entities or Persons
*Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.*

19.    Professional Conduct

*Whether all attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.*

Agency Defamation creation: *Document Two is with USN/FTCA.*  In recognition of California Penal Code 1203. Plaintiff since 1980 and military involvement has not spoke with, been approached and was not aware of any created records until I legally started reaching out to third party reps to discuss this fraud and false character statement/image creation.  The federal government has not officially provided me with anything.  I have never been in any or under any type of illegal charge that would cost my freedom.

If agencies have the inherent power to misuse, abuse and defame based on race, then you have the same powers to clerical correct any false errors.  In particular under fraudulent and premeditated time limitation does not apply where the actions is based on a fraudulent authentication, creation and fraudulent return.  An order administered by a

Page **8** of **10**

judicial official who continually treated his employment with "malpractice" and introduced aggravation directly, indirectly over multiple years and creations of number "set-back events" can been attacked corrected and disassociated from records at any time. **If This H-Document Needs to Be a Separate Trial Matter [A Second Claim can be privileged?]. The Two Letters Dated: are agency misrepresentations.** This H-Document attached was found weeks later in my electronic email lost. The government needs to clear up what is necessary?

The Property <u>Probate Specialist,</u> essentially is expressing or implying the transaction is not his transaction...implying he is not part of the claims made by Plaintiff. Yelp Reviews will give the Court and Jury some indication as to what his "trademark emphasis" is

20.     Other
*Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.*

*Should the Federal Government care to Lump and Settle for Everyone. That's up to Defendants. Everything need to be put in writing today.*

**Page 9 of 10**

*Form updated January 17, 2023*

1

Dated:  March 20, 2024

2

Alivia J. Stricklin, plaintiff  Pro per

3

4

Dated:

5

Counsel for defendant

6

CASE MANAGEMENT ORDER

7

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved

8

as the Case Management Order for this case and all parties shall comply with its provisions. [In

9

addition, the Court makes the further orders stated below:]

10

11

12

IT IS SO ORDERED.

13

Dated:

14

UNITED STATES DISTRICT/MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Form updated January 17, 2023*



# OLD REPUBLIC TITLE COMPANY

1025 Atlantic Avenue, Suite #100   ·   Alameda, CA   ·   94501   ·   (510) 521-2532   ·   FAX (510) 523-9175

arguerite C. Stricklin and Alivia Stricklin and
narva Johnson, Co-Trustees
2508 8th Avenue
akland, CA 94602

Date: 06/05/03
Escrow No.: 326972-DAP
Escrow Officer: Perez
Closing Date:  11/27/01

Property:   1502 Stuart Street
            Berkeley, CA 94703

## Seller's Closing Statement

| Item | | Debits | Credits |
|------|--|-------|---------|
| Sales Price | | | 267,000.00 |
| Loan Payoff to Cal State 9 Credit Union, Attn: Real Estate Loan ($53,065.35) | | | |
| Current Balance | | 48,894.71 | |
| Interest, 11/26/01 to 12/01/01, 5 days @ $11.3860 | | 56.93 | |
| Statement/Demand Fee | | 25.00 | |
| Prepayment penalty | | 3,799.98 | |
| Accrued Interest to 11/26/01 | | 227.73 | |
| Trustee Fee | | 61.00 | |
| Hazard Disclosure #2001090500103 to JCP Geologists | | 65.00 | |
| Misc Repairs to AAC Incorporated | | 15,000.00 | |
| Property Tax /ID 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 to KATHLEEN CONNELL, STATE CONTROLLE | | 10,210.95 | |
| R.E. Taxes | | 669.56 | |
| 1st Installment 2001-02 | 669.56 | | |
| Prorata R.E. Taxes, 11/27/01 to 01/01/02, 34 days @ $3.7197 | | | 126.47 |
| Credit for Closing Costs | | 4,255.00 | |
| Broker's Commission | | 16,020.00 | |
| To Michael Young Company | 9,345.00 | | |
| To Lucky Homes Realty | 6,675.00 | | |
| Monument Fee | | 10.00 | |
| PostClosing Recon Tracking Fee | | 10.00 | |
| Notary Fee | | 60.00 | |
| Additional Charges | | 20.00 | |
| Courier Fees | 20.00 | | |
| Drawing Fees | | 100.00 | |
| County Transfer Tax | | 293.70 | |
| City Transfer Tax | | 2,002.50 | |
| Recording Fees | | 13.00 | |
| Due to Seller | | 165,331.41 | |
| | | | |
| TOTALS | | 267,126.47 | 267,126.47 |



```
Posted    : 11/28/2001
Bank      : 0000
R/T       :
Account   : 9100096193
Check     : 11043481
Amount    : 165331.41
DIN       : 80109497
```

**United States Treasury** 15-51/000   P 769,571,384

Check No.

09 12 03  92  PHILADELPHIA, PA          2049 20710801
20710801        R2  0    1               LA700160300

Pay to
the order of   MARGUERITE STRICKLIN     01  RR REG ANN
2932 MILLSBRAE AVE                  1
OAKLAND CA  94605                        $***1089*90

VOID AFTER ONE YEAR

165
Michael P Clausen
REGIONAL DISBURSING OFFICER

⑈204931⑈   ⑆000000518⑆ 20710801⑈  160903

---

**United States Treasury** 15-51/000   P 778,932,604

Check No.

10 14 03  26  PHILADELPHIA, PA          2049 71195430
71195430        R2  0    3               A700160300

Pay to
the order of   MARGUERITE STRICKLIN     30  RR REG ANN
2932 MILLSBRAE AVE                  3
OAKLAND CA  94605                        $***6272*70

VOID AFTER ONE YEAR

165
Michael P Clausen
REGIONAL DISBURSING OFFICER

⑈204931⑈   ⑆000000518⑆ 71195430⑈  161003







OFFICE OF RECORDER

# COUNTY OF ALAMEDA

OAKLAND, CALIFORNIA

CERTIFICATE OF DEATH
STATE OF CALIFORNIA

USE BLACK INK ONLY. NO ERASURES, WHITEOUTS OR ALTERATIONS

CERTIFICATION OF VITAL RECORD

**LOCAL REGISTRATION NUMBER:** 3200301020071

**STATE FILE NUMBER**

| 1 NAME OF DECEDENT—FIRST (Given) | 2 MIDDLE | 3 LAST (Family) |
|---|---|---|
| Lee | Arthur | Strickland |

AKA, ALSO KNOWN AS — Include AKA FIRST MIDDLE LAST

| 4 DATE OF BIRTH mm/dd/ccyy | 5 AGE Yrs | IF UNDER 1 YEAR | IF UNDER 24 HOURS | 6 SEX |
|---|---|---|---|---|
| 12/04/1911 | 91 | Months / Days | Hours / Minutes | M |

**7 SOCIAL SECURITY NUMBER:** 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

**7a EVER IN U.S. ARMED FORCES?:** YES [X] NO

**8 MARITAL STATUS (at the time of death):** Widowed

**8a EDUCATION:** Some College

**9 BIRTH STATE/FOREIGN COUNTRY:** TX

**10 HOUR (24 Hours):** 1230

**12 DATE OF DEATH mm/dd/ccyy:** 04/17/2003

**13a WAS DECEDENT HISPANIC/LATINO/SPANISH?:** [X] NO

**14 DECEDENT'S RACE:** Black

**16 USUAL OCCUPATION — Type of work for most of life. DO NOT USE RETIRED:** Chef

**17 USUAL OCCUPATION:** Chef

**17 KIND OF BUSINESS OR INDUSTRY:** Railroad Transportation

**18 YEARS IN OCCUPATION:** 49

### DECEDENT'S PERSONAL DATA

**DECEDENT'S RESIDENCE (Street and number, or location):** 1502 Stuart Street

**21 CITY:** Berkeley

**22 COUNTY/PROVINCE:** Alameda

**23 ZIP CODE:** 94703

**24 YEARS IN COUNTY:** 43

**25 STATE/FOREIGN COUNTRY:** CA

### USUAL RESIDENCE

**26 NAME OF SURVIVING SPOUSE—FIRST:** —

**27 INFORMANT'S NAME, RELATIONSHIP:** Alivia Strickland, Grand-Daughter

**28 INFORMANT'S MAILING ADDRESS:** 2001 Allston Way #433, Berkeley CA 94704

### INFORMANT

**29 NAME OF FATHER—FIRST:** Quitman  **30 MIDDLE:** —  **31 LAST:** Strickland  **32 BIRTH STATE:** TX

**34 NAME OF MOTHER—FIRST:** Pearl  **35 MIDDLE:** —  **36 LAST:** Jernigan  **37 BIRTH STATE:** TX

### SPOUSE AND PARENT INFORMATION

**39 DISPOSITION DATE mm/dd/ccyy:** 03/24/2003

**40 PLACE OF FINAL DISPOSITION:** Oakmont Memorial Park, Lafayette CA 94549

**41 TYPE OF DISPOSITION(S):** Burial

**42 SIGNATURE OF EMBALMER:** Max Bayer  **43 LICENSE NUMBER:** 7019

**44 NAME OF FUNERAL ESTABLISHMENT:** Fouché's Hudson Funeral Home

**45 LICENSE NUMBER:** FD 443

**46 SIGNATURE OF LOCAL REGISTRAR:** Acting Health Officer  **47 DATE mm/dd/ccyy:** 03/21/2003

### FUNERAL DIRECTOR/LOCAL REGISTRAR

**101 PLACE OF DEATH:** Piedmont Gardens Skilled

**102 IF HOSPITAL, SPECIFY ONE:** [ ] DOA [ ] ER/OP [ ] Inpatient

**103 IF OTHER THAN HOSPITAL, SPECIFY ONE:** [ ] Hospice [ ] Nursing Home/Long Term [ ] Decedent's Home [ ] Other

**104 COUNTY:** Alameda

**105 FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location):** 110 41st Street

**106 CITY:** Oakland

### PLACE OF DEATH

**107 CAUSE OF DEATH:**

IMMEDIATE CAUSE (A) Aspiration Pneumonia   **Time Interval:** Week

DUE TO (B) Parkinson Disease   **Time Interval:** Years

DUE TO (C) Myelodysplasia   **Time Interval:** Years

**108 BIOPSY PERFORMED?:** [X] NO

**109 AUTOPSY PERFORMED?:** [X] NO

**111 USED IN DETERMINING CAUSE?:** [X] NO

**112 OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107:**

**113 WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112:** None

**114 I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED...**

**115 SIGNATURE AND TITLE OF CERTIFIER:** Claudia Landau MD

**116 DATE mm/dd/ccyy:** 03/20/2003

**117 LICENSE NUMBER:** G67736

**118 TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:** Claudia Landau, M.D. 930 Spruce Street, Berkeley CA 94707

**119a DECEDENT ATTENDED SINCE:** 03/14/2003

**119 DECEDENT LAST SEEN ALIVE:** 10/10/2000

### PHYSICIAN'S CERTIFICATION

**120 I CERTIFY THAT DEATH OCCURRED...**

**121 INJURY DATE mm/dd/ccyy:**  **122 HOUR (24 Hours):**

**123 PLACE OF INJURY:**  **124 MANNER OF DEATH:** [ ] Natural [ ] Accident [ ] Suicide [ ] Homicide [ ] Pending [ ] Could not be determined

### CORONER'S USE ONLY

**126 SIGNATURE OF CORONER/DEPUTY CORONER:**  **127 DATE mm/dd/ccyy:**  **128 TYPE NAME, TITLE OF CORONER/DEPUTY CORONER:**

**FAX AUTH #:** 19345

**CENSUS TRACT:**

**STATE REGISTRAR:**



CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered
and placed on file in the office of the Alameda County Recorder.

DATE ISSUED
JUL 3 1 2003

PATRICK O'CONNELL
ALAMEDA COUNTY RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Recorder.

*0013B056S*

1380565

SMOOTH MINUTES -- PROBATE (NP)
SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA

DEPT 023 2 PAGE 2

0023        JOB 02355    RPT

DATE: WED, OCT 07, 1998

SANDRA MARGULES          ED CRANSTON          BUERKE/ (DEPT)
JUDGE                    CLERK                REPORTER

| | T I T L E | | N A T U R E   O F   P R O C E E D I N G S   &   D I S P O S I T I O N |
|---|---|---|---|

9:30AM

2 P 250726-0. TRUST
--IN THE MATTER:
STRICKLAND LEE ARTHUR TRUST     FRM: 08/24/98
                                ( ) DROPPED    ( )CONT TO-11-18-98   9:30am, Dept 23

--ATTORNEYS--
IN PRO PER     Mark Johnson    ( ) SUBMITTED - CT. ORDERS: Oral order. No management structure, so its
                               distributed all mail, not bringing to Ms. Strickland
PETITION TO REMOVE TEE FOR BREACH OF IST,
CORELL ACCT&, ETC.             ( ) WITNESS(ES) SWK

3 P 250762-2 GENERAL PROBATE
--IN THE MATTER OF:
MC CARTNEY, BETTY     FRM: 09/01/98
                      ( ) DROPPED    ( )CONT TO-   11-18-98   9:30    D-23

--ATTORNEYS--
IN PRO PER            (X) SUBMITTED - CT. ORDERS:
                      WITNESS(ES): SWK

--IN THE MATTER OF:
                      FRM:
                      ( ) DROPPED    ( )CONT TO-

--ATTORNEYS--
                      ( ) SUBMITTED - CT. ORDERS:
                      WITNESS(ES) -SWK

PETITION FOR: LETTER TESTAMENTARY/E. TO
ADMINISTER UNDER THE ESTATES ACT.

OCT 08 1998

```
9:30AM   DATE: THU, NOV 12, 1998        SANDRA MARQUEZ         E. CRANSTON
                                          JUDGE                  CLERK
================================================================================
       TITLE AND NATURE OF PROCEEDINGS    |              D I S P O S .
================================================================================
13  P 250726-0          CONT FROM: 10/07/98  |CONT TO: DATE 12-10-99  TIME 9:30  DEPT 23    RE:
      TRUST                                  |( ) DROP F/CAL(135); ( )TRANS TO:            ; ( )PETN GTD AS PRAYD (...)
   --IN THE MATTER OF:                       |( ) ACCT STLD, PETN F/DIST GTD (002); ( )COM PROP SET ASIDE F/SRVNG SPOUSE (171)
STRICKLIN, LEE ARTHUR TRUS  Marva Johnson    |( ) WILL DATED        IS ADMITTED,PETNR APPT                    (127)
   -- ATTORNEY(S) --     Olivia Stricklin    |( ) ORDER APPT. PETNR (NAME:                  )ADMINISTRATOR (062)
IN PRO PER                                   |( ) W/O BOND ( )W/BOND OF $          ; LIMITED /FULL AUTHORITY GTD
                        Marguerite Stricklin |( ) ACCT STLD, ALLOWED & APPROVED, FEES: $              (003)
                                             |( ) SALE CONFIRMED (119)            ( )DECREE OF FINAL DISTRIBUTION (030)
  *** CAL REASON                             |
MATTER CONT'D FOR HEARING RE PETN TO REMOVE TEE |OTHER: Legal Assistance for Seniors is appointed Attorney for Mr Stricklin
FOR BREACH OF TST, COMPELL ACCTG, ETC. (SEE M.O.|      Same orders remain in effect.
FOR DETAILS)                                 |
--------------------------------------------------------------------------------
14  P 250231-7          CONT FROM: 10/08/98  |CONT TO: DATE 3-11-99  TIME 930  DEPT 23.   RE: Gen Plan Hearing
     CONSERVATORSHIP                          |( ) DROP F/CAL(135); ( )TRANS TO:            ; ( )PETN GTD AS PRAYD (0094)
   --IN THE MATTER OF:   Mark Smaller         |( ) ACCT STLD, PETN F/DIST GTD (002); ( )COM PROP SET ASIDE F/SRVNG SPOUSE (171)
ANDERSON, DREW TAYLOR                         |( ) WILL DATED        IS ADMITTED,PETNR APPT                    (127)
   -- ATTORNEY(S) --                          |( ) ORDER APPT. PETNR (NAME:                  )ADMINISTRATOR (062)
LAW OFFICES OF MICHAEL A. ZATOPA.SF          |( ) W/O BOND ( )W/BOND OF $          ; LIMITED /FULL AUTHORITY GTD
JAY B. GASKILL, PUB DEF   Susan St. Amour    |( ) ACCT STLD, ALLOWED & APPROVED, FEES: $              (003)
                                             |( ) SALE CONFIRMED (119)            ( )DECREE OF FINAL DISTRIBUTION (030)
  *** CAL REASON                             |
MATTER CONT'D FOR HEARING RE APPT OF CNSR/PERSON |OTHER: Petitioners are appointed Conservator of Drew Anderson
W/LTD CNSRSHP                                 |      General Plan filed by 2-11-99
--------------------------------------------------------------------------------
15  P 249625-2          CONT FROM: 10/13/98  |CONT TO: DATE           TIME        DEPT        RE:
     GENERAL PROBATE                          |(V) DROP F/CAL(135); ( )TRANS TO:            ; ( )PETN GTD AS PRAYD (.4)
   --IN THE MATTER OF:                        |( ) ACCT STLD, PETN F/DIST GTD (002); ( )COM PROP SET ASIDE F/SRVNG SPOUSE  1)
MILLER, GEORGE CURTIS                         |( ) WILL DATED        IS ADMITTED,PETNR APPT                    (127)
   -- ATTORNEY(S) --     Dalton Wellman       |( ) ORDER APPT. PETNR (NAME:                  )ADMINISTRATOR (062)
BARBARA M. BEERY                             |( ) W/O BOND ( )W/BOND OF $          ; LIMITED /FULL AUTHORITY GTD
                                             |( ) ACCT STLD, ALLOWED & APPROVED, FEES: $              (003)
                                             |( ) SALE CONFIRMED (119)            ( )DECREE OF FINAL DISTRIBUTION (030)
  *** CAL REASON                             |
MATTER CONT'D FOR HEARING RE PETN REQUESTING CT |OTHER: on in error.
ORDER FOR ISSUANCE OF CITATION FOR OSC WHY EXEC |
SHD NOT BE REMOVED & TO FILE FNL ACCT        |
```

Case 3:23-mc-04870-MMC   Document 22   Filed 03/28/24   Page 18 of 28

```
2023        JOB 02355   RPT 1          PROBATE (CONT.,)                                    DEPT 02
                                       SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
9:30AM   DATE: THU, DEC 10, 1998       SANDRA MARGULIES              ED CRANSTON
                                       JUDGE                         CLERK        BUERKLE/Gdm
                                                                                  REPORTER

TITLE AND NATURE OF PROCEEDINGS                                      D I S P O S I T I O N

25  P 250034-8
    CONSERVATORSHIP                     CONT FROM: 11/12/98      TIME _____  DEPT _____  RE: _____
    --IN THE MATTER OF:                 ( ) CONT TO: DATE _____                  ( )PETN GTD AS PRAYD       (094)
ERNAN, ARLENE                          (X) DROP F/CAL(135);( )TRANS TO:           ( )PETN GTD AS PRAYD       (094)
    --ATTORNEY(S)--                     ( ) ACCT STLD, PETN F/DIST GTD (002); ( )COM PROP SET ASIDE F/SRVNG SPOUSE (171)
NICKLIN, LEE ARTHUR                     ( ) WILL DATED                            IS ADMITTED,PETNR APPT
    PRO PER                             ( ) ORDER APPT, PETNR (NAME)              IS ADMITTED,PETNR APPT    (127)
                                        ( ) W/O BOND ( )W/BOND OF $               ; ( )LIMITED /FULL AUTHORITY GTD (062)
    B-  GASKILL, PUBLIC DEFENDER        ( ) ACCT STLD, ALLOWED & APPROVED; FEES: $      )ADMINISTRATOR         (062)
                                        ( ) SALE CONFIRMED (119)                                     ( )DECREE OF FINAL DISTRIBUTION (030)

CAL REASON
OTHER CONT'D FOR HEARING RE: INVENTORY  OTHER:


   P 250726-0
   TRUST                                CONT FROM: 11/12/98      TIME _____  DEPT _____  RE: _____
   --IN THE MATTER OF:                  ( ) CONT TO: DATE _____                  ( )PETN GTD AS PRAYD       (094)
NICKLIN, LOUIS                          ( ) DROP F/CAL(135);( )TRANS TO:          ( )PETN GTD AS PRAYD       (094)
   --ATTORNEY(S)--                      ( ) ACCT STLD, PETN F/DIST GTD (002); ( )COM PROP SET ASIDE F/SRVNG SPOUSE (171)
READ J. MOORE                           ( ) WILL DATED                            IS ADMITTED,PETNR APPT
                                        ( ) ORDER APPT, PETNR (NAME)              IS ADMITTED,PETNR APPT    (127)
                                        ( ) W/O BOND ( )W/BOND OF $               ; ( )LIMITED /FULL AUTHORITY GTD (062)
                                        ( ) ACCT STLD, ALLOWED & APPROVED; FEES: $      )FULL AUTHORITY        (003)
CAL REASON                              ( ) SALE CONFIRMED (119)                                     ( )DECREE OF FINAL DISTRIBUTION (030)
OTHER CONT'D FOR HEARING RE: STATUS; LEGAL
ASSISTANCE FOR SENIORS APPT'D; ATTY; SAME ORDERS
REMAIN IN EFFECT                        OTHER:
```

TD

DEC 1 0 1998
DEC 1 0 1998

0023

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

9:30AM   DATE: WED, MAR 10,1999        SANDRA MARGULIES         ED CRANSTON           NANCY CARDOZA
                                       JUDGE                    CLERK                 ~~BUERKS/GORECKI~~
                                                                                     REPORTER

=========================================================================================================
TITLE AND NATURE OF PROCEEDINGS                              D I S P O S I T I O N
=========================================================================================================
1  P 250878-6                  CONT FROM: 12/10/98   |CONT TO: DATE _4-7-99_  TIME _930_ DEPT _23_ RE: _Status Report_
   TRUST                                              |( ) DROP F/CAL(135); ( )VAC&RESET(581) ( ) COM PROP SET ASIDE F/SRVNG SPOUSE(171)
   --IN THE MATTER OF:                                |( ) CONSERVT APPTD-DENIED(228) _____
                                                      |( ) GUARDIAN APPTD-DENIED(228) _____
IN PRO PER                                            |( ) WILL DATED _____ ADMITTED, PETNR APPTD _____ (127)
                                                      |( ) ORDER APPTG _____ (061)
                                                      |    W/O BOND ( ): W/BOND OF $ _____ : LIMITED - FULL AUTHORITY GTD
*** CAL REASON                                        |( ) ACCT STLD, ALLOWED & APPROVED, FEES ALLOWED $ _____ (003)
MATTER CONT'D FOR HEARING RE STATUS REPORT            |( ) SALE CONFIRMED (119) ( )FINAL DIST.APPROVED(230) ( )PETN GTD AS PRAYED (094)
                                                      |OTHER:
---------------------------------------------------------------------------------------------------------

2  P 250878-6                  CONT FROM: 02/04/99   |CONT TO: DATE _4-7-99_  TIME _930_ DEPT _23_ RE: _____
   TRUST                                              |( ) DROP F/CAL(135); ( )VAC&RESET(581) ( )COM PROP SET ASIDE F/SRVNG SPOUSE(171)
   --IN THE MATTER OF:                                |( ) CONSERVT APPTD-DENIED(228) _____
JONES, SUSIE L TRUST                                  |( ) GUARDIAN APPTD-DENIED(228) _____
   --ATTORNEY(S)                                      |( ) WILL DATED _____ ADMITTED, PETNR APPTD _____ (127)
CHARLES A. TRIAY                                      |( ) ORDER APPTG _____ (061)
                                                      |    W/O BOND ( ): W/BOND OF $ _____ : LIMITED - FULL AUTHORITY GTD
*** CAL REASON                                        |( ) ACCT STLD, ALLOWED & APPROVED, FEES ALLOWED $ _____ (003)
MATTER CONT'D FOR HEARING RE: PTN TO APPT SUCCR       |( ) SALE CONFIRMED (119) ( )FINAL DIST.APPROVED(230) ( )PETN GTD AS PRAYED (094)
TEE, TO COMPEL DISTR & SALE OF R P                    |OTHER:
---------------------------------------------------------------------------------------------------------

3  PHO25527-1                  CONT FROM: 02/24/99   |CONT TO: DATE _____  TIME _____ DEPT _____ RE: _____
   TRUST                                              |( ) DROP F/CAL(135); ( )VAC&RESET(581) ( )COM PROP SET ASIDE F/SRVNG SPOUSE(171)
   --IN THE MATTER OF:                                |( ) CONSERVT APPTD-DENIED(228) _____
UTRA, GERALD P.                                       |( ) GUARDIAN APPTD-DENIED(228) _____
   -- ATTORNEY(S) --                                  |( ) WILL DATED _____ ADMITTED, PETNR APPTD _____ (127)
JOSEPH R. FARIA, JR.                                  |( ) ORDER APPTG _____ (061)
                                                      |    W/O BOND ( ): W/BOND OF $ _____ : LIMITED - FULL AUTHORITY GTD
                                                      |( ) ACCT STLD, ALLOWED & APPROVED, FEES ALLOWED $ _____ (003)
** CAL REASON                                         |( ) SALE CONFIRMED (119) ( )FINAL DIST.APPROVED(230) ( )PETN GTD AS PRAYED (094)
ATTER CONT'D FOR HEARING RE PETN ON TESTAMENTARY      |OTHER: _Petitioner shall locate and notify the heirs of Genevieve Soares Estate re:_
TERPRETATION                                          |_distributive share. At that point a due diligence declaration or_
                                                      |_disclaimers or a distribution plan_
---------------------------------------------------------------------------------------------------------

JOB 02353 RPT 1

PROBATE

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

DEPT 023

PAGE 6

9:30AM DATE: WED, APR 07,1999

SANDRA MARGULIES
JUDGE

ED CRANSTON
CLERK

NANCY CARDOZA
REPORTER

| TITLE AND NATURE OF PROCEEDINGS | DISPOSITION |
|---|---|
| 16 P 250726-0<br>TRUST<br>—IN THE MATTER OF:<br>STRICKLIN, LEE ARTHUR TRUS<br>— ATTORNEY(S) —<br>IN PRO PER<br>Ann Hightower<br>Olivia Stricklin<br>Marguite Stricklin<br>Marva Johnson<br>CONT FROM: 03/10/99<br>*** CAL REASON<br>MATTER CONT'D FOR HEARING RE: STATUS RPT | CONT TO: DATE___ TIME___ DEPT___ RE:___<br>(✓) DROP F/CAL(135); ( )VAC&RESET(581) ( )COM PROP SET ASIDE F/SRVNG SPOUSE(171)<br>( ) CONSERVT APPTD-DENIED(228)<br>( ) GUARDIAN APPTD-DENIED(229)<br>( ) WILL DATED ___ ADMITTED, PETNR APPTD<br>( ) ORDER APPTG ___ (127)<br>W/O BOND ( ); W/BOND OF $___ (061)<br>( ) ACCT STLD, ALLOWED & APPROVED, FEES ALLOWED $___ ; LIMITED - FULL AUTHORITY GTD (003)<br>( ) SALE CONFIRMED (119) ( )FINAL DIST.APPROVED(230) ( )PETN GTD AS PRAYED (094)<br>OTHER:<br>Ms. Hightower remains as attorney for Mr. Stricklin<br>Petition for Removal |
| 17 P 250873-6<br>TRUST<br>—IN THE MATTER OF:<br>JONES, SUSIE L TRUST<br>— ATTORNEY(S) —<br>CHARLES A. TRIAY<br>CONT FROM: 03/10/99<br>*** CAL REASON<br>MATTER CONT'D FOR HEARING RE: PETN TO APPT SUCC TEE, TO COMPEL DISTR & SALE OF R P | CONT TO: DATE 5-10-99 TIME 9:30 DEPT 23 RE: See Cal. Reason<br>( ) DROP F/CAL(135); ( )VAC&RESET(581) ( )COM PROP SET ASIDE F/SRVNG SPOUSE(171)<br>( ) CONSERVT APPTD-DENIED(228)<br>( ) GUARDIAN APPTD-DENIED(229)<br>( ) WILL DATED ___ ADMITTED, PETNR APPTD<br>( ) ORDER APPTG ___ (127)<br>W/O BOND ( ); W/BOND OF $___ (061)<br>( ) ACCT STLD, ALLOWED & APPROVED, FEES ALLOWED $___ ; LIMITED - FULL AUTHORITY GTD (003)<br>( ) SALE CONFIRMED (119) ( )FINAL DIST.APPROVED(230) ( )PETN GTD AS PRAYED (094)<br>OTHER: |
| 18 P 249499-1<br>CONSERVATORSHIP<br>—IN THE MATTER OF:<br>WILLIAMS, FANNIE MAE<br>— ATTORNEY(S) —<br>PRISCILLA CAMP ✓<br>CONT FROM: 03/11/99<br>** CAL REASON<br>PETITION FOR A/FS & COSTS | CONT TO: DATE___ TIME___ DEPT___ RE:___<br>( ) DROP F/CAL(135); ( )VAC&RESET(581) ( )COM PROP SET ASIDE F/SRVNG SPOUSE(171)<br>( ) CONSERVT APPTD-DENIED(228)<br>( ) GUARDIAN APPTD-DENIED(229)<br>( ) WILL DATED ___ ADMITTED, PETNR APPTD<br>( ) ORDER APPTG ___ (127)<br>W/O BOND ( ); W/BOND OF $___ (061)<br>( ) ACCT STLD, ALLOWED & APPROVED, FEES ALLOWED $___ ; LIMITED - FULL AUTHORITY GTD (003)<br>( ) SALE CONFIRMED (119) ( )FINAL DIST.APPROVED(230) (✓)PETN GTD AS ~~PRAYED~~ modified (094)<br>OTHER: |

APR 12 1999

## United States District Court
### For the
### Northern District of California

RECEIVED

7071 JUN -2 P 2: 49

SUSAN Y. ____
CLERK, US DIST ___ COURT

Alivia J. Stricklin_____

(Case ID Number)

Plaintiff

-vs-

United States of America,

Defendant

## <u>SWORN AFFIDAVIT OF PLAINTIFF</u>

I, Alivia J. Stricklin, of Monterey, California, in County of Monterey, California, MAKE OATH AND SAY THAT:

1. I Alivia J. Stricklin resided at 38 North Clinton Street, unit 102, Poughkeepsie, New York 12___ from April 2014 through May 26, 2016.

2. I Alivia J. Stricklin was employed for Gap, Inc. 200 Merritt Boulevard, Fishkill, NY working 10/4 shift (on Sun-Wed, off Thur, Fri, Sat).

   I Alivia Stricklin on my day off month late Feb/Mar (Thur or Fri) opened the front door at 38 North Clinton (in preparation to visit grocery store) where a tall gentlemen height 6.2-3 was standing on the property porch. Physical description and national organ, same as myself. Black/mullato adult mail-very fair skinned wearing cords, yachting- jacket, sweater extremely ivy league.  The person never said hello ...never ask or inquired about any residents, never made his point for the visit.

Exhibit No. 6 as attachment

The person simply gawked as if I stepped on his dog's toe.  No snow at this time but thin ice sheet lay on North Clinton and Thompson side walk sections. I Alivia Stricklin stepped of my porch, walked a few yards to the corner Thompson Street.  Headed West on Thompson in route to public transportation Hudson Valley Transit.

3.   Within two or three minutes of walking (being careful of the sheet ice) the gentleman was 15 to 20 feet directly behind me.  When I was within ten yards of the corner, the person crossed to the opposite side of Thompson...continued west walking Hamilton Street.

4.   I Alivia Stricklin allege this event vetted the "earmarking's" of eavesdropping – covert cover (concealment).  This happened late Feb, possibly early March 2015. To date not any administrative agency had followed up re. my federal inquiry and outcome.  The silence was dissatisfying,

5.   Later that day, I slightly kindled in my mind why a grown adult would stalk (because the man wanted me to realize he was stalking).  Other suspicions, bad faith failed false claims?  The silence was extremely offensive this visit was attached to unfair activity which would end without justifiable legal and factual merit false clam (Alivia Stricklin; s name attached). Certification and destruction of information issues had not been entertained, because I simply wanted to trust the system?

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF COUNTY OF MONTEREY

Subscribed and sworn to (or affirmed) before me
on this ___*28*___ day of *December* ___,
*2020*___, by Alivia J. Stricklin, proved to me on
the basis of satisfactory evidence to be the
who appeared before me. (Signature)

person _____

Alivia J. Stricklin
Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
*Oct. 16, 2021*___

KEVIN JOSEPH BECKMAN
Notary Public – California
Monterey County
Commission # 2215535
My Comm. Expires Oct 16, 2021

Page 3 of 3

OIG Hotline - Customer Receipt Letter, H20170679

RECEIVED

2021 JUN -2 P 2: 48

SUSAN Y. SOONG
CLERK U.S. DIST. COURT

From:  DoS OIG INV (no reply) (noreply@oig.state.gov)

To:      jason21jeneen5194@yahoo.com

Date:  Wednesday, February 8, 2017 08:51 AM PST

Alivia Stricklin,

We are writing regarding the complaint that you submitted to the Office of Inspector General for the U.S. Department of State and Broadcasting Board of Governors.  We have reviewed your complaint and determined that the appropriate office to address your concerns is the US Department of Justice Office of the Inspector General(DOJ-OIG). Your information has been forwarded to that office.

The OIG will take no further action on your complaint.  If you have questions, please contact the DOJ-OIG, using reference number H20170679.  We cannot provide telephone numbers or email addresses for the Executive Office, but you may send a letter to:

US Department of Justice
Office of the Inspector General
950 Pennsylvania Avenue, N.W.
Suite 4706
Washington, D.C. 20530-0001

Thank you for bringing this matter to our attention.

Sincerely,

U.S. Department of State
Office of Inspector General
Hotline Staff

Exhibit No. 1 as attachment



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK, VA 23511-2949

RECEIVED IN REPLY REFER TO

2021 JUN -289 2: 48

SUSAN

CLERK

Ser J170617
February 9, 2017

MS ALIVIA STRICKLIN
PO BOX 1495
MONTEREY CA 93940

Dear Ms. Stricklin:

SUBJECT:     YOUR CORRESPONDENCE OF JANUARY 3, 2017; OUR FILE NO. J170617

This is to confirm receipt of your correspondence, received in this office on February 7, 2017.  I have enclosed a date-stamped copy as verification of receipt.

Please note 28 C.F.R. § 14.2(a) governs the requirements for the successful filing of a claim under the Federal Tort Claims Act (FTCA); and 32 C.F.R. Part 750 provides the Department of the Navy's regulations concerning requirements for the successful filing of claims under both the FTCA, 28 U.S.C. §§ 1346(b), 2401(b), 2671-2680, and the Military Claims Act (MCA), 10 U.S.C. § 2733.

Your correspondence is currently being reviewed to determine if it is sufficient to constitute a properly presented claim under the regulations provided above.  If necessary, you will soon be notified by the legal professional assigned to your claim if any additional information is needed to complete your claim.

In the meantime, if you have any questions, please contact this office at the letterhead address or by phone at (757) 341-4583.

Sincerely,

BIANCA E. FORD
Tort Claims Assistant

Enclosure: SF-95

Exhibit No.  2 as attachment



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK, VA 23511-2949

RECEIVED
IN REPLY REFER TO

2017 JUN -2 P 2: 48
Ser J170617
February 16, 2017
CLERK           COURT

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

MS ALIVIA STRICKLIN
PO BOX 1495
MONTEREY CA 93940

Dear Ms. Stricklin:

SUBJECT:   CLAIM OF ALIVIA STRICKLIN; OUR FILE NO. J170617

This responds to your administrative claim in the amount of $1,836,349.00. Your claim was analyzed under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2401(b), and 2671-2680. Our investigation has determined the United States is not liable under the FTCA for the damages claimed.

A claim against the United States under the FTCA is forever barred unless presented in writing to the appropriate Federal agency within two years of the date such claim accrued. See 28 U.S.C. § 2401(b). In this case, the claim accrued in 2004. Accordingly, your claim had to be filed with the Department of the Navy no later than two years from that date. Your claim was dated on January, 3, 2017, and received in this office on February 7, 2017. The claim is untimely and is hereby denied.

If you do not agree with this decision, be advised you have six months from the date of mailing of this letter to file suit in the appropriate Federal district court. If you have any questions, please contact me by phone at (757) 341-4535 or email at charles.schaff@navy.mil.

Sincerely,

CHARLES E. SCHAFF
Tort Claims Attorney

Exhibit No. 3 as attachment



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK VA 23511-2949

RECEIVED

2021 JUN 2  P 2: 46

5890
Ser J201106
April 1, 2020

CLER

MS ALIVIA J STRICKLIN
PO BOX 1495
MONTEREY CA 93942

Dear Ms. Stricklin:

SUBJECT:    YOUR CORRESPONDENCE OF MARCH 17, 2020; OUR FILE NO. J201106

This is to confirm receipt of your correspondence, received in this office on March 19, 2020.  I have enclosed a date-stamped copy as verification of receipt.

Please note 28 C.F.R. § 14.2(a) governs the requirements for the successful filing of a claim under the Federal Tort Claims Act (FTCA); and 32 C.F.R. Part 750 provides the Department of the Navy's regulations concerning requirements for the successful filing of claims under both the FTCA, 28 U.S.C. §§ 1346(b), 2401(b), 2671-2680, and the Military Claims Act (MCA), 10 U.S.C. § 2733.

Your correspondence is currently being reviewed to determine if it is sufficient to constitute a properly presented claim under the regulations provided above.  If necessary, you will soon be notified by the legal professional assigned to your claim if any additional information is needed to complete your claim.

In the meantime, if you have any questions, please contact this office at the letterhead address or by phone at (757) 341-4583.

Sincerely,

RESHAUNA T MCLEOD
Tort Claims Assistant

Enclosure

Exhibit No. 4 as attachment