Alivia J. Stricklin, Pro Per
P. O. Box 1495
Monterey, CA 93942
831-901-1623

FILED
APR 4 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Alivia J. Stricklin

    Plaintiff(s),

vs.

United States Defendants and Michael Young Co.

    Defendant(s).

Case Number: **23-cv-04870-MMC**

**PLAINTIFF'S JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9.

1.    Jurisdiction & Service

*The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding persona jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.*

**Jurisdiction, Standing and Service:**

The U.S. Congress passed section 1983 to allow people to sue in federal court when a state or local official violates their federal rights. Additionally, Plaintiff further demonstrates [below] basis for Federal Subject Matter Jurisdiction with the below sufficient facts. Article III's Case or Controversy Requirement of the Constitution has been met and all multiple years [including 2017 USN documentation remains grounds for sufficient interest in this property taking matter and dispute].

Page **1** of **10**

*Form updated January 17, 2023*

2. Facts

A brief chronology of the facts and a statement of the principal factual issues in dispute.
FTCA military [original defendant official Schaef, USN] unfortunately in determination to succeed produced problems. Silent "work- function inclusive racial biased" disparaged 42 U.S.C. 1983. What is disconnected, agency law judges require a certain consumers involvement. My experience has been absolute Due Process/civil denial. This group of people premeditated and decided permanently [this claim as been dormant in excess of twenty (20) years administrative civil *complete rejection* of claims process. The disrespect and examples put forth -- *I wouldn't wish on anyone (not only women but all individuals experience problems with this strategy).* U.S. House of Representative designed a plan for the U.S. Federal Tort Claims Act, where the investigative process is evaluated, and honestly authenticated not fraudulent liability defamation "pre-structured" liability. *Investigations wraparound* the truth comes back home motives for cold cases.

The "desktop defaming 42 U.S.C. 1983 harassment assault carried out shockingly a number of years. The agency was aware of the "blackmail." For multiple years "skip-tracing Pacific Bell-Ameritech *"pulling of Stricklin family and all financial reports against minority family members. The deceased official used USNR program (fraternize w/3rd party females as connect]... personally described as debased [envious of females] multiple personality (2/3 females... PTSD. Exhibited signs of same sex spousal abuse. Seem to be absorbed with income property money. The East Coast agency "executive preference" formula mental malpractice, debased "gender-racial" unfit and doesn't fit/exist as balanced preference agency administration.*

*The Black judicial practitioners were used. "They were ask to aid/abet a stupid taking.* State of California second defendant. No one was attempting to take the executive for granted. Claimant during 1985 summons him to Renee C. Davis Superior Court, Alameda County. I was sorry for the Judge.

3. Legal Issues

*A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.*

ORDER granting Defendants' Motions to Dismiss; Vacating Hearing, Striking Opposition; Affording Plaintiff Leave to Amend; Denying Plaintiff's Motion for Summary Judgment; Continuing Case Management Conference.

Honorable Justice Cheney: Abuse of Discretion, See LeBouef her actions were unreasonable and other judges would have ruled differently. An appellate court review of a trial courts evidentiary rulings are about abuse of discretion. (People v. Her (2013) 216 Cal.App.45th 977, 981). LeBouef's opening brief pays lip service to this standard of review. An abuse of discretion

Page 2 of 10

*Form updated January 17, 2023*

occurs, when, after calm and careful reflection upon the entire matter, it can fairly be said that no judge would reasonably make the same order under the same circumstances." (In re Mirage of sinks ((1988) 204 Ca.App.3d 586, 591, citation omitted, emphasis added.).

<u>Abuse of Discretion</u>. And the disregard of government actors "acting under the color of the Department of Justice with the USN recognized conspirator "passing off USN, USNR [See *Walt Disney Prods. V. Air Pirates, 581 F. 2d 751, 760 (9th Cir. 1978*. California law reveals a consistently enforced requirement that a plaintiff charging unfair competition prove a likelihood of confusion by purchasers as to source." Today's problem is (part of past victim-USNR trickery, fraud and) property confiscation where deceased real estate taken plus financial abuse.

Northern District Court Summary

Possibly does not realize legal malpractice. All Defendants & government entities premeditated - Unconstitutional conditions, undue influence "probate interference" by single only responding Defendant who with trust for carve liability financially to disadvantage.

Took part in real estate taking, <u>*false valuation and false market analysis*</u> PICS as evidence. Status of ownership, trust administration (trust administration and probate was all fraud). This placed a senior debt. Courts are biased when it comes to the federal government, and blatantly this situation does not read like the claim was presented. Additionally, government was allowed automatic immunity/absolute immunity. San Francisco Realtor – Probate Specialist represented by his law firm responded in writing with opposition and the District Court upheld dismissal.

Petitioner Motioned for Rule 56 Summary
<u>The Key Standard Favors the Plaintiff</u>

As a final straw questions by Court not asked. Rehabilitate of facts not discussed. Evidence and discovery not even back burner." The movant can provide Defendant declarations written. The Court was not interested. Plaintiff went for Summary to addresses material facts, and drifted towards the immunity issue. Code of Civil Procedures section 437c (b) (1), and the complaint has facts and material. *Res Ipsa Loquitur* went to sleep long ago no rebut available…claimant didn't make up anything."

The discovery is complete – Plaintiff has copies of each Defendants professional work and reasonable diligence was not exercised according to Rule 11. But point being evidence was never omitted where this appeal positively outweighs. Evidence is based on personal knowledge admissible evidence *(Code Civ. Proc., Statute 437c (d); L&B Real Estate v. Sup. Ct. (Schwab) (1998) 67 Cal.App.4th 1342, 1348 [79 Cal.Rptr.2d 759]*.

Alameda County Probate matter P-250726 nothing needs to be tackled, set aside … but what happened is the product for "today's claim "professional standard of care" without doubts or ambiguities. I would make a difference because we are dealing with Defendant fraud.

Evidence admissibility requirement overlooked. The original "Void Attack via use of a senior healthcare matters simply an act to boomerang Superior Court matter of P-250726 and Revocable Trust stands."

The two (2) government defendant at "Default Status and no responses." Jurisdiction." From the District Courts perspective all government state and federal fit unquestionably "qualified/absolute immunity." The lack of any response and the lack of any evidence was never mentioned.

All Defendants and their professional "licensing authority," Professional BAR's and State Real Estate Authorities set standards pertaining to abnormal business schemes and unjust competition with neighborhoods communities and going to war against private residence.

The *Deceptive Unfair Business {passing off clients* (racial defamation of Black women) and creating material false measure of financial interruption against claimants plus Realtors, brokers and Salesperson needs fair review. California Anti-Kickback and Anti Steering Law Violation (CAFRA) for conspiracy, cover-ups, Health-Welfare Senior Financial Abuse.

4. Motions
*All prior and pending motions, their current status, and any anticipated motions. Two Government Defendants and Default Statuses.*

**16-2. Order Setting Initial Case Management Conference.**
The Initial Case Management Conference again will attempt to narrow matters. And the actual concerned orders of convenience the Bench *remove any discomfort* re. Government District vs. government. In elimination of issues the main is no response from government judicial defendant. According to **Section 50.15.8** should have been acknowledged. Receive immunity "Absolute Immunity and not qualified to receive general immunity. Defendants "not Responding to Federal Claim is a Default." Additionally: Plaintiff's Opposition to Dismissal. Plaintiff's Motion for Default Government Defendants

5. Amendment of Pleadings
*The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.*

The Amendment Treatment:

Document one   (1) treated the same the main appeal. Discusses all events, known facts.
Document two   (2) Belongs to agency obvious concerns will be acknowledged.
Document three (3) Survival Wrongful Death Statute of Limitation Bars Action so survival issue is out.
Appeal and Motion for Recuse, Remand and New Judge
Document Opposition to Dismissal, Attached to follow
Document Case Management,

Additionally what will be included: Appeal to the Ninth District Opposition to Dismissal Appeal to the Ninth District to remand and new Judge based on Abuse of Discretion, emphasize move on settlement or schedule for Court and Jury.

6. Evidence Preservation

*A brief report certifying that the parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"), and confirming that the parties have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. See ESI Guidelines 2.01 and 2.02, and Checklist for ESI Meet and Confer.*

Check Receipt: State of California and Personal Permanent Possession of $165,331.41 Drawn from Old Republic Title Company, Escrow No. 326972 Date Nov. 27, 2001 Paid to Marguerite C. Stricklin 2508 8th Avenue, Oakland CA 94602 [posted 11/28/2001 Bank of American Customer Receipt Deposit I 11/27/01. Check Receipt: United States Treasury Pay to the Order of Marguerite Stricklin. $ 1,089.90. Check Receipt: United States Treasury Pay to the Order of Marguerite Stricklin              6,272.70

The Deceased Senior Bank of America audit revealed sixty-five (65) written check by the State of California. The Realtors name is listed on the Old Republic Title. The State of California additionally request a fifty three thousand dollar "self-payment." In addition to taking the above $165,331.41 plus $53,065.35. All receipts are available.

7. Disclosures

*Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made. For ADA and employment cases, see General Order Nos. 56 and 71.*

**While the San Francisco Realtor Is Maintaining**
***No Subject Matter Jurisdiction*** **Why Am I Here?**

Plaintiff has attached the *"Old Republic Title Companies Sellers Receipt."* Why he used his professional "Probate Credentials" apparently the "Payoff was heavy?" This California agency took a "handicapped seniors home essentially help make him homeless and in pressured me to move him three (3) DIFFERENT EVENTS which didn't help Alzheimer's and Parkinson's.

Claimant/petitioner never met this person. His face showed-up on Internet when I googled Michael Young Company...l for the past 10/15 years movant had planed to "subpoena someone else (Black man the Capt. Was close with)." The person who was originally going to be Subpoenaed and Summons is a second Black man. However, March 2023 Michael Young Company showed.

8. Discovery

*Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, a brief report on whether the parties have considered entering into a stipulated e-discovery order, a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), and any identified discovery disputes.*

Will be given on appeal.

9. Class Actions

*If a class action, a proposal for how and when the class will be certified.*

**The Basis of Subject Matter Jurisdiction Might Need Class Attention**

Level of attention with SF-95 applicants…indigenous, Hispanics" and the attention received from the "Tort Federal Program" is unknown today. Jurisdiction needs judicial review as a "Class Action" the investigative process; attention to follow-up and federal investigative wraparound. Absent fraud
In this painting (it is a tainting "street image false racial stereotypes development *not believed but is it a fact* under direction of deceased gay DOJ executive, USN Capt. J. H. Glazer).

State of California filed DOJ, second Defendant received "Karen Tele-direct communication to support "federal USN Cpt. Invalid challenge and opportunity against he own minority family. The defamation was put in place again by FTCA desktop; continued DOJ "collateral objective to disarm by "confiscation a widowed senior [collectively limit ownership to the handicap} It is believed State long ago was pitted and tele-direct interfered with. Also I personally wouldn't doubt if her  "judicial position was dangled ["*emoji up* or *down disappointment out the door*)].

The United Stated *Tort Claims office Virginia was well aware of Capt. J. H. Glazers* repeated actions of *colluding, coercion and social* attacks against businesses and firms. Sarcastically his own mind purposed "competition with and against females." "Friendly fire termed debased attacks which cost communities federal worker malpractice standards."

*Passing of* Military Programs with these issues is not exaggeration. None of this discussion is conclusionary. Plaintiff has adequately pleaded her claims which appears to be all designed through events, letters, receipts check writing and the sabotage exposition of State of California's bear minimal "appointed trustee involvement" to accept liability on behalf of DOJ to take the residence of 1502 Stuart Street Berkeley, California.

10. Related Cases

*Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.*

*Form updated January 17, 2023*

See in text and descriptions. Will provide more.

11. Relief

*All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.*

There is no genuine dispute [cruel and unusual under recruitment]. Plaintiff will never get over this. Years I simply planned to ignore this situation….but the *home is ones domain and livelihood.*

Modern retirement is laced a number of unfortunate and strange boundaries even open border who never accomplished/"loser situation, rehabilitations… criminal offenders. Straightforward, material facts and declarations read straightforward. There is no additional information/submission. Moving forward all documents, housing sellers receipt written checks address no more no less again the Realtor is implying "no written contract." The government defendants refused to represent their own personal interest regarding what they produced. Here again standards being abused in all categories. No one wants to talk and all took part. This was disrespectful to walk off with his home. The smartest thing end matter. Lee A. Stricklin Sr. is a man of God. I myself realize when God speaks everyone listens.

12. Settlement and ADR

*Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including which ADR process option the parties have selected and a proposed deadline, or if the parties do not agree, each party's preferred option and timing, in compliance with ADR L.R. 3-5. In addition, the parties should include a description of key discovery or motions necessary to position the parties to negotiate a resolution.*

NO

13. Other References

*Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.*

NO

14. Narrowing of Issues

*Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses. The parties shall jointly identify (in bold or highlight) one to three issues which are the most consequential to the case, and discuss how resolution of these issues may be expedited.*

YES

15. Expedited Trial Procedure

*Whether this is the type of case that can be handled under the Expedited Trial Procedure of General Order 64, Attachment A. If all parties agree, they shall instead of this Statement, file an executed Agreement for Expedited Trial and a Joint Expedited Case Management Statement, in accordance with General Order No. 64, Attachments B and D. Preferably settlement.*

Plaintiff is Asking Court with so much time passing to stay the proceedings of the P-250726 deceased Lee A. Stricklin, Probate Matter docket and rendered "Voided" offenses which

bottom line {and noted on this CM Report is settled that [outside federal interference and, conspirators seeking income and fraud enforcement financially involved to "walk off with cash under a "so called Tele-direct authority."

As a Department of Justice Employees, contractors part-time, military transfers and crossovers *from "active duty"* their judicial legal authority was trespass by refusal to each "individual capacity" connect to removal of senior citizen from his home ownership a protected class American members does need to be brought into Court.

 This *claim was dealt a line-up of "stranger's unknown/invitees* - federal agency representative. Law Judges ignoring due process requirement/Fourteenth Amendment to the US Constitution was seen with *Rochiin v. California (1953)*. The case cited as having subsequently been used in a particularly subjective manner.

16.   Scheduling
*Proposed dates for completion of initial ADR session, designation of experts, discovery cut-off, hearing of dispositive motions, pretrial conference and trial.*

17.   Trial
*Whether the case will be tried to a jury or to the court and the expected length of the trial.*

18.   Disclosure of Non-party Interested Entities or Persons
*Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.*

19.   Professional Conduct

*Whether all attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.*

Agency Defamation creation: *Document Two is with USN/FTCA.* In recognition of California Penal Code 1203. Plaintiff since 1980 and military involvement has not spoke with, been approached and was not aware of any created records until I legally started reaching out to third party reps to discuss this fraud and false character statement/image creation. The federal government has not officially provided me with anything. I have never been in any or under any type of illegal charge that would cost my freedom.

If agencies have the inherent power to misuse, abuse and defame based on race, then you have the same powers to clerical correct any false errors. In particular under fraudulent and premeditated time limitation does not apply where the actions is based on a fraudulent authentication, creation and fraudulent return. An order administered by a

judicial official who continually treated his employment with "malpractice" and introduced aggravation directly, indirectly over multiple years and creations of number "set-back events" can been attacked corrected and disassociated from records at any time. **If This H-Document Needs to Be a Separate Trial Matter [A Second Claim can be privileged?]. The Two Letters Dated: are agency misrepresentations.** This H-Document attached was found weeks later in my electronic email lost. The government needs to clear up what is necessary?

The Property Probate Specialist, essentially is expressing or implying the transaction is not his transaction...implying he is not part of the claims made by Plaintiff. Yelp Reviews will give the Court and Jury some indication as to what his "trademark emphasis" is

20. Other

*Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.*

*Should the Federal Government care to Lump and Settle for Everyone. That's up to Defendants. Everything need to be put in writing today.*

Dated: March 20, 2024

_____ 3/28/24
Alivia J. Stricklin, plaintiff Pro per

Dated: _____

Counsel for defendant

## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# OLD REPUBLIC TITLE COMPANY

1025 Atlantic Avenue, Suite #100 · Alameda, CA · 94501 · (510) 521-2532 · FAX (510) 523-9175

Marguerite C. Stricklin and Alivia Stricklin and
Marva Johnson, Co-Trustees
2508 8th Avenue
Oakland, CA 94602

Date: 06/05/03
Escrow No.: 326972-DAP
Escrow Officer: Perez
Closing Date: 11/27/01

Property:   1502 Stuart Street
            Berkeley, CA 94703

## Seller's Closing Statement

| Item | Debits | Credits |
|---|---|---|
| Sales Price | | 267,000.00 |
| Loan Payoff to Cal State 9 Credit Union, Attn: Real Estate Loan ($53,065.35) | | |
| Current Balance | 48,894.71 | |
| Interest, 11/26/01 to 12/01/01, 5 days @ $11.3860 | 56.93 | |
| Statement/Demand Fee | 25.00 | |
| Prepayment penalty | 3,799.98 | |
| Accrued Interest to 11/26/01 | 227.73 | |
| Trustee Fee | 61.00 | |
| Hazard Disclosure #2001090500103 to JCP Geologists | 65.00 | |
| Misc Repairs to AAC Incorporated | 15,000.00 | |
| Property Tax /ID 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 to KATHLEEN CONNELL, STATE CONTROLLE | 10,210.95 | |
| R.E. Taxes | 669.56 | |
| 1st Installment 2001-02                             669.56 | | |
| Prorata R.E. Taxes, 11/27/01 to 01/01/02, 34 days @ $3.7197 | | 126.47 |
| Credit for Closing Costs | 4,255.00 | |
| Broker's Commission | 16,020.00 | |
| To Michael Young Company           9,345.00 | | |
| To Lucky Homes Realty              6,675.00 | | |
| Monument Fee | 10.00 | |
| PostClosing Recon Tracking Fee | 10.00 | |
| Notary Fee | 60.00 | |
| Additional Charges | 20.00 | |
| Courier Fees                       20.00 | | |
| Drawing Fees | 100.00 | |
| County Transfer Tax | 293.70 | |
| City Transfer Tax | 2,002.50 | |
| Recording Fees | 13.00 | |
| Due to Seller | 165,331.41 | |
| TOTALS | 267,126.47 | 267,126.47 |

# COUNTY OF ALAMEDA
OFFICE OF RECORDER
OAKLAND, CALIFORNIA

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

State File Number: 3200301002071

**Decedent's Personal Data**
- 1. Name of Decedent (First): Lee
- 2. Middle: Arthur
- 3. Last (Family): Strickland
- 4. Date of Birth: 12/04/1911
- 5. Age: 91
- 6. Sex: M
- 9. Birth State/Foreign Country: TX
- 10. Social Security Number: 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
- 11. Ever in U.S. Armed Forces?: No
- 12. Marital Status: Widowed
- 7. Date of Death: 03/17/2003
- 8. Hour: 1230
- 13. Education: Some College
- 14/15. Hispanic?: No
- 16. Decedent's Race: Black
- 17. Usual Occupation: Chef
- 18. Kind of Business/Industry: Railroad Transportation
- 19. Years in Occupation: 49

**Usual Residence**
- 20. Residence: 1502 Stuart Street
- 21. City: Berkeley
- 22. County: Alameda
- 23. Zip Code: 94703
- 24. Years in County: 43
- 25. State: CA

**Informant**
- 26. Informant's Name/Relationship: Alivia Strickland, Grand-Daughter
- 27. Mailing Address: 2001 Allston Way #433, Berkeley CA 94704

**Spouse and Parent Information**
- 31. Name of Father (First): Quitman
- 33. Last: Strickland
- 34. Birth State: TX
- 35. Name of Mother (First): Pearl
- 37. Last (Maiden): Jernigan
- 38. Birth State: TX

**Funeral Director/Local Registrar**
- 39. Disposition Date: 03/24/2003
- 40. Place of Final Disposition: Oakmont Memorial Park, Lafayette CA 94549
- 41. Type of Disposition: Burial
- 42. Signature of Embalmer: Alex Gayton
- 43. License Number: 7019
- 44. Name of Funeral Establishment: Fouche's Hudson Funeral Home
- 45. License Number: FD 443
- 47. Date: 03/21/2003

**Place of Death**
- 101. Place of Death: Piedmont Gardens Skilled
- 103. Other than Hospital: Nursing Home/LTC
- 104. County: Alameda
- 105. Facility Address: 110 41st Street
- 106. City: Oakland

**Cause of Death**
- 107. Immediate Cause (A): Aspiration Pneumonia — Week
- (B): Parkinson Disease — Years
- (C) Underlying: Myelodysplasia — Years
- 108. Death Reported to Coroner: No
- 109. Biopsy Performed: No
- 110. Autopsy Performed: No
- 111. Used in Determining Cause: No
- 113. Was Operation Performed: None

**Physician's Certification**
- 115. Signature/Title of Certifier: Claudia Landau MD
- 116. License Number: G67736
- 117. Date: 03/20/2003
- Decedent Attended Since: 10/01/2000
- Decedent Last Seen Alive: 03/14/2003
- 118. Attending Physician: Claudia Landau, M.D. 930 Spruce Street, Berkeley CA 94707

FAX AUTH #: 19345

---

1380565

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

*001380565*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Recorder.

DATE ISSUED: JUL 3 1 2003

Patrick O'Connell
PATRICK O'CONNELL
ALAMEDA COUNTY RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Recorder.







```
Posted   : 11/28/2001
Bank     : 0000
R/T      :
Account  : 9100096193
Check    : 11043481
Amount   : 165331.41
DIN      : 80109497
```

**United States Treasury** 15-51/000   P 769,571,384

Check No.

09 12 03   92   PHILADELPHIA, PA           2049 20710801
20710801        R2  0   1                  LA700160300

Pay to the order of  MARGUERITE STRICKLIN     01   RR REG ANN
2932 MILLSBRAE AVE                           1
OAKLAND CA  94605                                $***1089*90

VOID AFTER ONE YEAR

Michael Colarusso
REGIONAL DISBURSING OFFICER

⑈20493⑈   ⑆000000518⑆ 20710801⑈ 160903

---

**United States Treasury** 15-51/000   P 778,932,604

Check No.

10 14 03   26   PHILADELPHIA, PA           2049 71195430
71195430        R2  0   3                  A700160300

Pay to the order of  MARGUERITE STRICKLIN     30   RR REG ANN
2932 MILLSBRAE AVE                           3
OAKLAND CA  94605                                $***6272*70

VOID AFTER ONE YEAR

Michael Colarusso
REGIONAL DISBURSING OFFICER

⑈20493⑈   ⑆000000518⑆ 71195430⑈ 161003


